NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN F. YONEK,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7120

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-3320, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

The parties jointly move to stay the briefing schedule pending the outcome of appeal number 2012-7011, a related case.

Upon consideration thereof,

IT IS ORDERED THAT:

The joint motion to stay the briefing schedule is granted. The parties are directed to inform this court, within 14 days of the final disposition in 2012-7011, concerning how they believe that 2012-7120 should proceed.

FOR THE COURT

AUG 2 3 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gary Ma, Esq.
    Loren Misha Preheim, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 3 2012

JAN HORBALY
CLERK